| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Phone: (949) 312-1377<br>Email: ben@nexusbk.com<br><br>☐  Debtor(s) appearing without an attorney<br>☑  Attorney for Debtor(s) | |

## United States Bankruptcy Court
## Central District of California - Riverside Division

| In re:<br><br>Alma Rosa Ruiz | CASE NO.:<br><br>CHAPTER:  7 |
|---|---|
| | **DECLARATION BY DEBTOR(S)<br>AS TO WHETHER INCOME WAS RECEIVED<br>FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION<br>DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

<u>Declaration of Debtor 1</u>

1.  ☑  I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

> **During the 60-day period before the Petition Date (** *Check only ONE box below* **):**
>
> ☑  **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*
>
> ☐  **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 04/01/2024      Alma Rosa Ruiz      *[signature]*
                  Printed name of Debtor 1      Signature of Debtor 1

<u>Declaration of Debtor 2 (Joint Debtor) (if applicable)</u>

2.  ☐  I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

> **During the 60-day period before the Petition Date (** *Check only ONE box below* **):**
>
> ☐  **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*
>
> ☐  **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____      _____      _____
                  Printed name of Debtor 2      Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*

F 1002-1.EMP.INCOME.DEC

## Pay Statement

| Name: | Alma Ruiz | Base Hourly Rate: | | Period Begin: | 02/03/2024 |
|---|---|---|---|---|---|
| Emp ID: | 00572086 | Pay Frequency: | Bi-Weekly (Delta) | Period End: | 02/16/2024 |
| PA / PSA: | 1067 / 6100 | Wkly Scheduled Hrs: | | Check Date: | 02/23/2024 |
| Title: | Flight Attendant | Non-Exempt | | | |

### Payment Summary

| Payment Summary: | Current | YTD |
|---|---|---|
| Cash Earnings | $188,00 | $4.977,12 |
| Deductions | ($11,28) | ($285,39) |
| Taxes | ($16,45) | ($864,87) |
| **Net Pay** | **$160,27** | **$3.826,86** |

### Net Pay

| Net Pay Distribution: | |
|---|---|
| Chaffey Federal Credit Un ***6986 | $160,27 |
| **Total Net Pay** | **$160,27** |

### Company Contributions

| Description | Current | YTD |
|---|---|---|
| Company 401(k) Match | $11,28 | $285,39 |
| Company 401(k) Fixed | $5,64 | $142,70 |
| **Total** | **$16,92** | **$428,09** |

### Wage Earnings

| Description | Period | Rate | Hours | Current | YTD |
|---|---|---|---|---|---|
| | 02/03/2024 - 02/16/2024 | | | | |
| + Training-CBT | | | | $113,00 | |
| | 12/01/2023 12/31/2023 Monthly Incentive | | | | |
| Shared Rewards | | | | $75,00 | |
| Shared Rewards | | | | | $150,00 |
| Profit Sharing | | | | | $2.690,89 |
| Onboard Sales Incentive | | | | | $5,25 |
| + Flight Pay | | | | | $835,66 |
| + Holiday Pay | | | | | $233,34 |
| + International Pay | | | | | $23,37 |
| + Boarding Premium Pay | | | | | $45,08 |
| + PPT | | | | | $321,20 |
| + Standby | | | | | $135,24 |
| + A Day Guarantee | | | | | $185,96 |
| + Training-CBT | | | | | $113,00 |
| + Training-Meal Expense | | | | | $22,80 |
| + TAFB-Intl-Taxable | | | | | $10,04 |
| + TAFB-Dom-Non Taxable | | | | | $86,26 |
| + TAFB-Intl-Non Taxable | | | | | $116,03 |
| Award Gross Taxes | | | | | $3,00 |
| **Total** | | | | **$188,00** | **$4.977,12** |

### Flight Attendant Information

| Description | Avg Rate | Hours |
|---|---|---|
| Time On Duty | $20.00 | 5:39 |

### Time-off Balances

| Time-off Description | Balance |
|---|---|

### Time-off Used

| Time-off Description | Current Used |
|---|---|

### Non-Wage Earnings / Imputed Income

| Description | Period | Current | YTD |
|---|---|---|---|
| Award | | | $5,00 |
| NonRevenue Travel | | | $179,87 |
| **Total** | | | **$184,87** |

### Deductions

| Description | Current | YTD |
|---|---|---|
| * 401(K) | $11,28 | $285,39 |
| **Total** | **$11,28** | **$285,39** |

### Taxes

| Tax Authority | Tax Type | Status | Additional Withholding | Current Tax | Current Taxable | YTD Tax | YTD Taxable |
|---|---|---|---|---|---|---|---|
| Federal | Withholding Tax | Head house | | | $176,72 | $130,63 | $4.674,31 |
| Federal | Social Security Tax | | | $11,65 | $188,00 | $307,50 | $4.959,70 |
| Federal | Medicare Tax | | | $2,73 | $188,00 | $71,92 | $4.959,70 |
| California | Withholding Tax | Head house | | | $176,72 | $300,26 | $4.674,31 |
| California | Disability Tax | | | $2,07 | $188,00 | $54,56 | $4.959,70 |
| **Total** | | | | **$16,45** | | **$864,87** | |

### Messages


Delta Air Lines, Inc.
1030 Delta Blvd. Dept 982
Atlanta, GA 30354
Questions? Call Employee
Service Center
1 800-693-3582

## Pay Statement

| | | | |
|---|---|---|---|
| **Name:** | Alma Ruiz | **Base Hourly Rate:** | $33,81 | **Period Begin:** | 02/17/2024 |
| **Emp ID:** | 00572086 | **Pay Frequency:** | Bi-Weekly (Delta) | **Period End:** | 03/01/2024 |
| **PA / PSA:** | 1067 / 6100 | **Wkly Scheduled Hrs:** | | **Check Date:** | 03/08/2024 |
| **Title:** | Flight Attendant | **Non-Exempt** | | | |

### Payment Summary

| Payment Summary: | Current | YTD |
|---|---|---|
| Cash Earnings | $7,50 | $4.984,62 |
| Deductions | | ($285,39) |
| Taxes | | ($864,87) |
| **Net Pay** | **$7,50** | **$3.834,36** |

### Net Pay

| Net Pay Distribution: | |
|---|---|
| Chaffey Federal Credit Un ***6986 | $7,50 |
| **Total Net Pay** | **$7,50** |

### Company Contributions

| Description | Current | YTD |
|---|---|---|
| Company 401(k) Match | | $285,39 |
| Company 401(k) Fixed | | $142,70 |
| **Total** | | **$428,09** |

### Wage Earnings

| Description | Period | Rate | Hours | Current | YTD |
|---|---|---|---|---|---|
| | 02/17/2024 - 03/01/2024 | | | | |
| Laundry Allowance - | | | | $7,50 | |
| Shared Rewards | | | | | $150,00 |
| Profit Sharing | | | | | $2.690,89 |
| Laundry Allowance - F/A | | | | | $7,50 |
| Onboard Sales Incentive | | | | | $5,25 |
| + Flight Pay | | | | | $835,66 |
| + Holiday Pay | | | | | $233,34 |
| + International Pay | | | | | $23,37 |
| + Boarding Premium Pay | | | | | $45,08 |
| + PPT | | | | | $321,20 |
| + Standby | | | | | $135,24 |
| + A Day Guarantee | | | | | $185,96 |
| + Training-CBT | | | | | $113,00 |
| + Training-Meal Expense | | | | | $22,80 |
| + TAFB-Intl-Taxable | | | | | $10,04 |
| + TAFB-Dom-Non Taxable | | | | | $86,26 |
| + TAFB-Intl-Non Taxable | | | | | $116,03 |
| Award Gross Taxes | | | | | $3,00 |
| **Total** | | | | **$7,50** | **$4.984,62** |

### Time-off Balances

| Time-off Description | Balance |
|---|---|
| Paid Personal Time Avail | 4,76 |

### Time-off Used

| Time-off Description | Current Used |
|---|---|

### Non-Wage Earnings / Imputed Income

| Description | Period | Current | YTD |
|---|---|---|---|
| Award | | | $5,00 |
| NonRevenue Travel | | | $179,87 |
| **Total** | | | **$184,87** |

### Deductions

| Description | Current | YTD |
|---|---|---|
| * 401(K) | | $285,39 |
| **Total** | | **$285,39** |

### Taxes

| Tax Authority | Tax Type | Status | Additional Withholding | Current Tax | Current Taxable | YTD Tax | YTD Taxable |
|---|---|---|---|---|---|---|---|
| Federal | Withholding Tax | Head house | | | | $130,63 | $4.674,31 |
| Federal | Social Security Tax | | | | | $307,50 | $4.959,70 |
| Federal | Medicare Tax | | | | | $71,92 | $4.959,70 |
| California | Withholding Tax | Head house | | | | $300,26 | $4.674,31 |
| California | Disability Tax | | | | | $54,56 | $4.959,70 |
| **Total** | | | | | | **$864,87** | |

### Messages

**DELTA** Delta Air Lines, Inc.
1030 Delta Blvd. Dept 982
Atlanta, GA 30354
Questions? Call Employee
Service Center
1 800-693-3582

## Pay Statement

| Name: | Alma Ruiz | Base Hourly Rate: | $33,81 | Period Begin: | 03/02/2024 |
|---|---|---|---|---|---|
| Emp ID: | 00572086 | Pay Frequency: | Bi-Weekly (Delta) | Period End: | 03/15/2024 |
| PA / PSA: | 1067 / 6100 | Wkly Scheduled Hrs: | | Check Date: | 03/22/2024 |
| Title: | Flight Attendant | Non-Exempt | | | |

### Payment Summary

| Payment Summary: | Current | YTD |
|---|---|---|
| Cash Earnings | $590,92 | $5.575,54 |
| Deductions | ($68,32) | ($353,71) |
| Taxes | ($48,05) | ($912,92) |
| **Net Pay** | **$474,55** | **$4.308,91** |

### Net Pay

| Net Pay Distribution: | |
|---|---|
| Chaffey Federal Credit Un ***6986 | $474,55 |
| **Total Net Pay** | **$474,55** |

### Company Contributions

| Description | Current | YTD |
|---|---|---|
| Company 401(k) Match | $26,88 | $312,27 |
| Company 401(k) Fixed | $13,44 | $156,14 |
| **Total** | **$40,32** | **$468,41** |

### Wage Earnings

| Description | Period | Rate | Hours | Current | YTD |
|---|---|---|---|---|---|
| | 03/02/2024 - 03/15/2024 | | | | |
| Laundry Allowance - | | | | $7,50 | |
| + Flight Pay | | $33.81 | 11:52 | $401,21 | |
| + International Pay | | $2.05 | 11:52 | $24,33 | |
| + Boarding Premium Pa | | | | $22,54 | |
| + TAFB-Intl-Taxable | | $3.35 | 3:13 | $10,77 | |
| + TAFB-Intl-Non Taxab | | $3.35 | 37:11 | $124,57 | |
| | | | | | |
| Shared Rewards | | | | | $150,00 |
| Profit Sharing | | | | | $2.690,89 |
| Laundry Allowance - F/A | | | | | $15,00 |
| Onboard Sales Incentive | | | | | $5,25 |
| + Flight Pay | | | | | $1.236,87 |
| + Holiday Pay | | | | | $233,34 |
| + International Pay | | | | | $47,70 |
| + Boarding Premium Pay | | | | | $67,62 |
| + PPT | | | | | $321,20 |
| + Standby | | | | | $135,24 |
| + A Day Guarantee | | | | | $185,96 |
| + Training-CBT | | | | | $113,00 |
| + Training-Meal Expense | | | | | $22,80 |
| + TAFB-Intl-Taxable | | | | | $20,81 |
| + TAFB-Dom-Non Taxable | | | | | $86,26 |
| + TAFB-Intl-Non Taxable | | | | | $240,60 |
| Award Gross Taxes | | | | | $3,00 |
| **Total** | | | | **$590,92** | **$5.575,54** |

### Flight Attendant Information

| Description | Avg Rate | Hours |
|---|---|---|
| Time On Duty | $32.04 | 13:59 |

### Time-off Balances

| Time-off Description | Balance |
|---|---|
| Paid Personal Time Avail | 4,64 |

### Time-off Used

| Time-off Description | Current Used |
|---|---|
| | |

### Non-Wage Earnings / Imputed Income

| Description | Period | Current | YTD |
|---|---|---|---|
| | 03/02/2024 - 03/15/2024 | | |
| NonRevenue Travel | | $90,34 | |
| Award | | | $5,00 |
| NonRevenue Travel | | | $270,21 |
| **Total** | | **$90,34** | **$275,21** |

### Taxes

| Tax Authority | Tax Type | Status | Additional Withholding | Current Tax | Current Taxable | YTD Tax | YTD Taxable |
|---|---|---|---|---|---|---|---|
| Federal | Withholding Tax | Head house | | | $522,31 | $130,63 | $5.196,62 |
| Federal | Social Security Tax | | | $34,05 | $549,19 | $341,55 | $5.508,89 |
| Federal | Medicare Tax | | | $7,96 | $549,19 | $79,88 | $5.508,89 |
| California | Withholding Tax | Head house | | | $522,31 | $300,26 | $5.196,62 |
| California | Disability Tax | | | $6,04 | $549,19 | $60,60 | $5.508,89 |
| Georgia | Withholding Tax | | | | | | |
| Washington | Fam Leave Insur | | | | | | |
| Washington | Med Leave Insur | | | | | | |
| Washington | Cares Fund LTC | | | | | | |
| **Total** | | | | **$48,05** | | **$912,92** | |

### Messages



Delta Air Lines, Inc.
1030 Delta Blvd. Dept 982
Atlanta, GA 30354
Questions? Call Employee
Service Center
1 800-693-3582

## Pay Statement

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | Alma Ruiz | **Base Hourly Rate:** | $33,81 | **Period Begin:** | 03/02/2024 |
| **Emp ID:** | 00572086 | **Pay Frequency:** | Bi-Weekly (Delta) | **Period End:** | 03/15/2024 |
| **PA / PSA:** | 1067 / 6100 | **Wkly Scheduled Hrs:** | | **Check Date:** | 03/22/2024 |
| **Title:** | Flight Attendant | **Non-Exempt** | | | |

### Deductions

| Description | Current | YTD |
|---|---|---|
| *  401(K) | $26,88 | $312,27 |
| STD | $41,44 | $41,44 |
| **Total** | $68,32 | $353,71 |


**Securitas**

**Payslip**

Page: 1 of 2

| Employee Name | Payroll | |
|---|---|---|
| **Alma Ruiz** | **SEC SUSA Weekly** | |
| **Person Number** | **Assignment Number** | **Salary Basis Name** |
| **10403896** | **E10403896** | **US Hourly** |
| **Hire Date** | **Department Name** | **Company Name** |
| **5-Jan-2024** | **64135-West Covina - 64135** | **Securitas Security Services USA, Inc** |
| **Employee Address** | **Department Location Address** | **Company Address** |
| **5900 Notre Dame Ave. # 113**<br>**Chino, CA 91710**<br>**US** | **430 N. Vineyard Ave, Suite 335**<br>**Ontario, CA 91764**<br>**US**<br>**1-909-9743160** | **9 Campus Drive**<br>**Parsippany, NJ 07054**<br>**US** |

| Period Type | Period Start Date | Period End Date | Payment Date |
|---|---|---|---|
| **Weekly** | **16-Feb-2024** | **22-Feb-2024** | **29-Feb-2024** |

| Tax Withholding Information | | | | | |
|---|---|---|---|---|---|
| **Type** | **Marital Status** | **Exemptions** | **Total Dependent Amount** | **Additional Amount** | |
| FEDERAL | Head of household | | 2000 | **0.00** | |
| CA | Single or married with two or more incomes | | | **0.00** | |

| Earnings | | | | | | |
|---|---|---|---|---|---|---|
| **Description** | **Engagement Details** | **Start Date** | **End Date** | **Hours** | **Rate** | **Current** |
| SEC PCELL | **5000072535-"QUICK QUACK CAR WASH - POMONA"** | **16-FEB-2024** | **22-FEB-2024** | | | **0.10** |
| ST | **5000072535-"QUICK QUACK CAR WASH - POMONA"** | **16-FEB-2024** | **22-FEB-2024** | **16.000** | **17.000** | **272.00** |

| Tax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| FIT Withheld | **0.00** | **124.63** |
| Medicare Employee Withheld | **3.95** | **62.91** |
| Social Security Employee Withheld | **16.86** | **268.98** |
| SIT Withheld (CA) | **0.00** | **81.04** |
| SDI Employee Withheld (CA) | **2.99** | **47.72** |

| Post-Tax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| STF | 12.79 | 133.00 |

| Absence Information | | | | | |
|---|---|---|---|---|---|
| **Description** | **Balance** | **Taken** | **Accrued** | **Available** | **Amount** |
| SICK | | | | | |

| Summary Balances | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Earnings | **272.00** | **4,338.42** |
| Federal Taxable Wages | **272.00** | **4,338.42** |
| Social Security Taxable Wages | **272.00** | **4,338.42** |
| Medicare Taxable Wages | **272.00** | **4,338.42** |
| State Taxable Wages (CA) | **272.00** | **4,338.42** |
| Tax Deductions | **23.80** | **585.28** |



**Payslip**

Page: 2 of 2

| | 12.79 | 133.00 |
|---|---|---|
| Post-tax Deductions | 12.79 | 133.00 |
| Net Payment | 235.51 | 3,621.54 |

**Net Pay Distribution**

| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---|---|
| 25358459640 | All Banks US | 322280375-CHAFFEY FCU | 386986 | USD | 235.51 |

**Summary**

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | 272.00 | 4,338.42 |
| Nonpayroll Payment | 0.10 | 1.40 |
| Employee Tax Deductions | 23.80 | 585.28 |
| Voluntary Deductions | 12.79 | 133.00 |
| Net Payment | 235.51 | 3,621.54 |
| Total Hours Worked | 16.00 | 243.75 |



**Payslip**

Page: 1 of 2

| Employee Name | Payroll | |
|---|---|---|
| Alma Ruiz | SEC SUSA Weekly | |
| Person Number | Assignment Number | Salary Basis Name |
| 10403896 | E10403896 | US Hourly |
| Hire Date | Department Name | Company Name |
| 5-Jan-2024 | 64135-West Covina - 64135 | Securitas Security Services USA, Inc |
| Employee Address | Department Location Address | Company Address |
| 5900 Notre Dame Ave. # 113 Chino, CA 91710 US | 430 N. Vineyard Ave, Suite 335 Ontario, CA 91764 US 1-909-9743160 | 9 Campus Drive Parsippany, NJ 07054 US |

| Period Type | Period Start Date | Period End Date | Payment Date |
|---|---|---|---|
| Weekly | 23-Feb-2024 | 29-Feb-2024 | 7-Mar-2024 |

| Tax Withholding Information | | | | | |
|---|---|---|---|---|---|
| Type | Marital Status | Exemptions | Total Dependent Amount | Additional Amount | |
| FEDERAL | Head of household | | 2000 | 0.00 | |
| CA | Single or married with two or more incomes | | | 0.00 | |

| Earnings | | | | | | |
|---|---|---|---|---|---|---|
| Description | Engagement Details | Start Date | End Date | Hours | Rate | Current |
| SEC PCELL | 5000072535-"QUICK QUACK CAR WASH - POMONA" | 23-FEB-2024 | 29-FEB-2024 | | | 0.25 |
| ST | 5000072535-"QUICK QUACK CAR WASH - POMONA" | 23-FEB-2024 | 29-FEB-2024 | 40.000 | 17.000 | 680.00 |

| Tax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| FIT Withheld | 14.69 | 139.32 |
| Medicare Employee Withheld | 9.86 | 72.77 |
| Social Security Employee Withheld | 42.16 | 311.14 |
| SIT Withheld (CA) | 12.74 | 93.78 |
| SDI Employee Withheld (CA) | 7.48 | 55.20 |

| Post-Tax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| STF | 0.00 | 133.00 |

| Absence Information | | | | | |
|---|---|---|---|---|---|
| Description | Balance | Taken | Accrued | Available | Amount |
| SICK | | | | | |

| Summary Balances | | |
|---|---|---|
| Description | Current | Year to Date |
| Earnings | 680.00 | 5,018.42 |
| Federal Taxable Wages | 680.00 | 5,018.42 |
| Social Security Taxable Wages | 680.00 | 5,018.42 |
| Medicare Taxable Wages | 680.00 | 5,018.42 |
| State Taxable Wages (CA) | 680.00 | 5,018.42 |
| Tax Deductions | 86.93 | 672.21 |



**Payslip**

| Net Payment | | **593.32** | **4,214.86** |
|---|---|---|---|

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---|---|
| 25610599658 | All Banks US | 322280375-CHAFFEY FCU | 386986 | USD | **593.32** |

### Summary

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | **680.00** | **5,018.42** |
| Nonpayroll Payment | **0.25** | **1.65** |
| Employee Tax Deductions | **86.93** | **672.21** |
| Voluntary Deductions | **0.00** | **133.00** |
| Net Payment | **593.32** | **4,214.86** |
| Total Hours Worked | **40.00** | **283.75** |


**Securitas**

**Payslip**

| Employee Name | Payroll | |
|---|---|---|
| **Alma Ruiz** | **SEC SUSA Weekly** | |
| Person Number | Assignment Number | Salary Basis Name |
| **10403896** | **E10403896** | **US Hourly** |
| Hire Date | Department Name | Company Name |
| **5-Jan-2024** | **64135-West Covina - 64135** | **Securitas Security Services USA, Inc** |
| Employee Address | Department Location Address | Company Address |
| **5900 Notre Dame Ave. # 113 Chino, CA 91710 US** | **430 N. Vineyard Ave, Suite 335 Ontario, CA 91764 US 1-909-9743160** | **9 Campus Drive Parsippany, NJ 07054 US** |

| Period Type | Period Start Date | Period End Date | Payment Date |
|---|---|---|---|
| **Weekly** | **1-Mar-2024** | **7-Mar-2024** | **14-Mar-2024** |

| Tax Withholding Information | | | | | |
|---|---|---|---|---|---|
| Type | Marital Status | Exemptions | Total Dependent Amount | Additional Amount | |
| FEDERAL | Head of household | | 2000 | **0.00** | |
| CA | Single or married with two or more incomes | | | **0.00** | |

| Earnings | | | | | | |
|---|---|---|---|---|---|---|
| Description | Engagement Details | Start Date | End Date | Hours | Rate | Current |
| SEC PCELL | **5000072535-"QUICK QUACK CAR WASH - POMONA"** | **01-MAR-2024** | **07-MAR-2024** | | | **0.20** |
| ST | **5000072535-"QUICK QUACK CAR WASH - POMONA"** | **01-MAR-2024** | **07-MAR-2024** | **32.000** | **17.000** | **544.00** |
| OT | **5000072535-"QUICK QUACK CAR WASH - POMONA"** | **01-MAR-2024** | **07-MAR-2024** | **0.170** | **25.500** | **4.34** |

| Tax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| FIT Withheld | **0.00** | **139.32** |
| Medicare Employee Withheld | **7.95** | **80.72** |
| Social Security Employee Withheld | **34.00** | **345.14** |
| SIT Withheld (CA) | **7.59** | **101.37** |
| SDI Employee Withheld (CA) | **6.03** | **61.23** |

| Post-Tax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| STF | **0.00** | **133.00** |

| Absence Information | | | | | |
|---|---|---|---|---|---|
| Description | Balance | Taken | Accrued | Available | Amount |
| SICK | | | | | |

| Summary Balances | | |
|---|---|---|
| Description | Current | Year to Date |
| Earnings | **548.34** | **5,566.76** |
| Federal Taxable Wages | **548.34** | **5,566.76** |
| Social Security Taxable Wages | **548.34** | **5,566.76** |



**Payslip**

Page: 2 of 2

| | | |
|---|---|---|
| Medicare Taxable Wages | **548.34** | **5,566.76** |
| State Taxable Wages (CA) | **548.34** | **5,566.76** |
| Tax Deductions | **55.57** | **727.78** |
| Net Payment | **492.97** | **4,707.83** |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| **Check/Deposit Number** | **Bank Name** | **Branch Name** | **Account Number** | **Currency** | **Payment Amount** |
| 25852813818 | All Banks US | 322280375-CHAFFEY FCU | 386986 | USD | **492.97** |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | **548.34** | **5,566.76** |
| Nonpayroll Payment | **0.20** | **1.85** |
| Employee Tax Deductions | **55.57** | **727.78** |
| Voluntary Deductions | **0.00** | **133.00** |
| Net Payment | **492.97** | **4,707.83** |
| Total Hours Worked | **32.17** | **315.92** |